| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 54 September Term, 2020 |
| SARAH RUTH BARNWELL | * | |
| | * | (No. 484294-V, Circuit Court for Montgomery County) |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Sarah Ruth Barnwell, to suspend the Respondent from the practice of law for 60 days for violations of Rules 1.1, 1.2, 1.3, 1.4, 1.15(a) and (c), 1.16(d), and 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rule 19-410, it is this 3rd day of March, 2021

**ORDERED,** by the Court of Appeals of Maryland, that effective April 2, 2021, the Respondent, Sarah Ruth Barnwell, be suspended from the practice of law for 60 days, and it is further

**ORDERED**, that, effective April 2, 2021, the Clerk of this Court shall remove the name of Sarah Ruth Barnwell from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge